IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.; et al.                                               PLAINTIFFS

v.                                        CIVIL ACTION NO. 1:21-cv-00058-GHD-DAS

REBECCA BUTLER                                                        DEFENDANT

## ORDER OF DISMISSAL

The Court, having considered the Plaintiff's stipulation [6] to dismiss all claims asserted herein without prejudice, finds that this matter should be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

SO ORDERED, this the 10th day of August, 2021.

_____
SENIOR U.S. DISTRICT JUDGE